UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS, JR.,

                    Plaintiff,

            -against-

THE CITY OF NEW YORK, ET AL.,

                    Defendants.

20-CV-1245 (CM)

CIVIL JUDGMENT

COLLEEN McMAHON, Chief United States District Judge:

    Pursuant to the order issued February 13, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without

prejudice to the pending action under docket number 20-CV-516. The Court certifies, pursuant to

28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good

faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 13, 2020
          New York, New York

_____
        COLLEEN McMAHON
    Chief United States District Judge